IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   11-cv-110-wmc

D. MORGAN, LILLIAN TENEBRUSO,
JOANNE LANE, MARY LEISER, G. GRAMS,
J. NICKEL, A. ASHWORTH,
BRIAN NEUMAIER, C.O. BITTLEMAN,
C.O. GUNDERSON, C.O./SGT. BASS,
DALIA SULIENE, STEVE HELGERSON,
T. MALONEY and DONALD MEICHUS,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against D. Morgan, G. Grams, J. Nickel, A. Ashworth, C.O. Bittleman, C.O./Sgt. Bass and T. Maloney; and

    (2) granting Todd Gunderson, Steve Helgerson, Joanne Lane, Mary Leiser, Donald Meichus, Brian Neumaier, Dalia Suliene, Lillian Tenebruso's motion for summary judgment and dismissing this case without prejudice.

| /s/ | 12/17/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |